NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SPENCER HOFFMAN, DOC# Y33601,          )
                                       )
      Appellant,                      )
                                       )
v.                                     )          Case No. 2D18-578
                                       )
STATE OF FLORIDA,                      )
                                       )
      Appellee.                       )
_____)

Opinion filed October 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; Donald H. Mason, Judge.

Spencer Hoffman, pro se.


PER CURIAM.

      Affirmed.


CRENSHAW, MORRIS, and SALARIO, JJ., Concur.